UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA NICOLE POWELL<br><br>  Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>  Defendants. | Case No. 15-cv-02999-SBA   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  November 18, 2015<br>Mediator:  Patti Prunhuber |

  IT IS HEREBY ORDERED that the request to excuse defendant Experian Information Solutions, Inc.'s corporate representative, Abril Turner, from appearing in person at the November 18, 2015, mediation before Patti Prunhuber is GRANTED.  Ms. Turner shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

  **IT IS SO ORDERED**.

Dated: November 9, 2015

Maria-Elena James
United States Magistrate Judge